STAR BREWERY OF CHICAGO et al. v. UNITED BREWERIES CO. (Circuit Court of Appeals, Seventh Circuit. January 23, 1904.) No. 1,038. In Error to the Circuit Court of the United States for the Northern District of Illinois. C. H. Pegler, for plaintiffs in error. Levy Mayer, for defendant in error. No opinion. Judgment affirmed.

---

TERRY v. NAYLOR et al. (Circuit Court of Appeals, Fourth Circuit. February 5, 1904.) No. 521. In Error to the Circuit Court of the United States for the Eastern District of North Carolina. B. G. Watson, for plaintiff in error. E. F. Aydlett, for defendants in error. On motion of plaintiff in error, writ of error dismissed.

---

THOMAS DAVIS REAL ESTATE CO. v. CHICAGO, ST. P., M. & O. R. CO. (Circuit Court of Appeals, Eighth Circuit. November 30, 1903.) No. 1,801. Appeal from the Circuit Court of the United States for the District of Nebraska. Isaac E. Congdon, for appellant. Benjamin T. White and James B. Sheean, for appellee. Dismissed, at the costs of appellant, pursuant to stipulation of the parties. Attorney fee waived.

---

UNITED STATES v. GARRISON, WRIGHT & CO. (Circuit Court of Appeals, Second Circuit. February 1, 1904.) No. 2,933. Appeal from Circuit Court of the United States for the Southern District of New York. Charles D. Baker, for the United States. Albert Comstock, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed on opinion of Circuit Court. 121 Fed. 149.

---

UNITED STATES v. HUNTER & WHITCOMB. (Circuit Court of Appeals, Second Circuit. February 2, 1904.) No. 3,013. Appeal from the Circuit Court of the United States for the Southern District of New York. D. Frank Lloyd, for the United States. Albert Comstock, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed on opinion of Circuit Court. 121 Fed. 207.

---

UNITED STATES FIDELITY & GUARANTY CO. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 8, 1904.) No. 1,589. In Error to the Circuit Court of the United States for the District of Colorado. Charles Hartzell and Andrew W. Gillette, for plaintiff in error. T. J. O'Donnell and Milton Smith, for the United States.

PER CURIAM. Affirmed, with costs, on the authority of U. S. ex rel. Anniston Pipe & Foundry Co. v. National Surety Co., 92 Fed. 549, 34 C. C. A. 526, and on the authority of the mandate of the Supreme Court of the United States in this cause in response to questions certified to that court.

---

WARDER v. LOOMIS et al. (Circuit Court of Appeals, Fifth Circuit. January 5, 1904.) No. 1,304. In Error to the Circuit Court of the United States for the Western District of Texas. Jay Good and Seymour Thurmond, for plaintiff in error. Millard Patterson, Peyton F. Edwards, J. A. Buckler, and Thomas J. Beall, for defendants in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the Circuit Court is affirmed.